UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRUSTEES OF THE IBEW LOCAL NO. 229 PENSION FUND; IBEW LOCAL NO. 229 ANNUITY FUND; YORK ELECTRICIANS' JOINT APPRENTICESHIP AND TRAINING COMMITTEE; IBEW LOCAL NO. 229 DEFERRED SAVINGS FUND; IBEW LOCAL NO. 229 LABOR MANAGEMENT COOPERATION COMMITTEE; NATIONAL ELECTRIC BENEFIT FUND; IBEW NATIONAL LABOR MANAGEMENT COOPERATION COMMITTEE; and NECA/IBEW FAMILY MEDICAL CARE TRUST FUND, <br>     Plaintiffs <br>  v. <br><br> PRO-ELECTRIC, LLC, <br>     Defendant | CASE NO. 1:18-CV-1065 (CONNER) <br><br> *Electronically Filed* |

**<u>NOTICE OF DISMISSAL WITH PREJUDICE</u>**

TO: Clerk, United States District Court
Middle District of Pennsylvania

Pursuant to Rule 41(a)(1), Plaintiffs hereby dismiss the above-captioned action for contributions liquidated damages, interest, costs and attorneys' fees due Plaintiffs for the months of January, February, March and April, 2018, with prejudice as against the above-named Defendant, Pro-Electric, LLC. Inasmuch as no

answer or motion for summary judgment have been filed, Plaintiffs are permitted to dismiss said action with prejudice and without order of the Court.

          Respectfully submitted,
          CHARLES W. JOHNSTON, P.C.
          101 Erford Road, Suite 302
          Post Office Box 98
          Camp Hill, Pennsylvania 17001-0098
          Telephone: (717) 975-5500
          Facsimile: (717) 975-5511

/s/ CHARLES W. JOHNSTON
Pa. I.D. No. 15621
e-mail: cjohnston@jadlegal.com

*Attorneys for Plaintiffs*

Dated:      September 4, 2018